```
                        FILED
                  U.S. DISTRICT COURT
                EASTERN DISTRICT OF LA

                  2000 SEP -8  PM 1:48

                    LORETTA G. WHYTE
                         CLERK
```

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE W. RUSSELL | CIVIL ACTION NO.00-339 |
| VS. | SECTION " R " |
| SEACOR MARINE, INC. AND McCALL'S BOAT RENTALS, INC. | MAGISTRATE " 3 " |

### MOTION TO SUBSTITUTE ORIGINAL AFFIDAVIT

NOW INTO COURT, through undersigned counsel, comes SEACOR Marine, Inc. and McCall's Boat Rentals, Inc. who moves for an order allowing the defendants to substitute the original affidavit (attached) of Billy Johnson dated August 28, 2000.

            Respectfully submitted,

            HARRIS & RUFTY, L.L.C.

            _____
            RUFUS C. HARRIS, III (#6638)
            ALFRED J. RUFTY, III (#19990)
            1450 Poydras Street, Suite 1510
            New Orleans, Louisiana 70112
            Telephone: (504) 525-7500
            Attorney for McCall's Boat Rentals, Inc.
            and SEACOR Marine, Inc.

```
DATE OF ENTRY

  SEP 1 1 2000
```

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this _____ day of September, 2000.

_____
RUFUS C. HARRIS, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| DALE W. RUSSELL | CIVIL ACTION NO.00-339 |
|---|---|
| VS. | SECTION " R " |
| SEACOR MARINE, INC. AND MCCALL'S BOAT RENTALS, INC. | MAGISTRATE " 3 " |

### ORDER

It is ORDERED, ADJUDGED AND DECREED that SEACOR Marine, Inc. and McCall's Boat Rentals, Inc. be granted leave to substitute the original affidavit of Billy Johnson dated August 28, 2000 in place of the unsigned affidavit of Mr. Johnson.

This the _____ day of September, 2000.

_____
DISTRICT JUDGE