```
              FILED
        U.S. DISTRICT COURT
      EASTERN DISTRICT OF LA

        2000 SEP -8  PM 1:49

         LORETTA G. WHYTE
              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE W. RUSSELL | CIVIL ACTION NO.00-339 |
| VS. | SECTION " R " |
| SEACOR MARINE, INC. AND MCCALL'S BOAT RENTALS, INC. | MAGISTRATE " 3 " |

### REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes SEACOR Marine, Inc. and McCall's Boat Rentals, Inc. who request permission to file the attached memorandum replying to plaintiff's opposition to the defendant's motion for partial summary judgment.

Respectfully submitted,

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
Telephone: (504) 525-7500
Attorney for McCall's Boat Rentals, Inc. and SEACOR Marine, Inc.

DATE OF ENTRY
SEP 1 1 2000

-1-

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___8___ day of September, 2000.

                                       _____
                                       RUFUS C. HARRIS, III

-3-

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE W. RUSSELL | CIVIL ACTION NO.00-339 |
| VS. | SECTION " R " |
| SEACOR MARINE, INC. AND MCCALL'S BOAT RENTALS, INC. | MAGISTRATE " 3 " |

## ORDER

It is ORDERED, ADJUDGED AND DECREED that SEACOR Marine, Inc. and McCall's Boat Rentals, Inc. be permitted to file a reply to the plaintiff's opposition memorandum in response to defendant's motion for partial summary judgment.

This the _____ day of September, 2000.

_____
DISTRICT JUDGE