


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 NOV -7 PM 3: 28
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DALE W. RUSSELL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-339 |
| | * | |
| SEACOR MARINE, INC. AND | * | SECTION "R" (3) |
| MCCALL'S BOAT RENTALS, INC. | * | |

### MOTION TO DISMISS

On motion of the parties herein, through their undersigned attorneys, it is suggested to the Court that all of the matters which are the subject of the Complaint herein have been fully settled, satisfied and compromised and, accordingly, that same should be dismissed with prejudice, as of compromise, with each party bearing its own costs.

**Respectfully submitted,**

**HARRIS & RUFTY, L.L.C.**

_____
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
GARY W. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
Telephone: (504) 525-7500
**Attorneys for SEACOR Marine, Inc. and McCall's Boat Rentals, Inc.**


DATE OF ENTRY
NOV 9 - 2000

-1-



_____
IRVING J. WARSHAUER (#13252)
GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DALE W. RUSSELL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 00-339** |
| | * | |
| **SEACOR MARINE, INC. AND** | * | **SECTION "R" (3)** |
| **MCCALL'S BOAT RENTALS, INC.** | * | |

### ORDER OF DISMISSAL

IT IS ORDERED that the Complaint herein be, and the same is hereby dismissed, with prejudice, as of compromise, with each party bearing its own costs.

New Orleans, Louisiana, this 9th day of November, 2000.

_____
JUDGE